O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. GERMON and ELIZABETH W. GERMON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AURORA LOAN SERVICES, LLC, a limited liability company; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; and DOES 1–100,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-00686-ODW (JCx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [14]** |

　　　　Presently before the Court is Defendant Aurora Loan Services, LLC's ("Defendant") Motion for Judgment on the Pleadings with respect to Plaintiffs Patrick J. Germon and Elizabeth W. Germon's ("Plaintiffs") First Amended Complaint. (Dkt. No. 14.)  Because Plaintiffs have not filed any opposition, and for the reasons discussed in Defendant's papers, the Court **GRANTS** Defendant's Motion for Judgment on the Pleadings.

　　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.  C. D. Cal. L. R. 7-9.  Additionally, Local Rule 7-12 provides

that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C. D. Cal. L. R. 7-12.

The hearing on Defendant's Motion was set for March 12, 2012. Plaintiffs' opposition was therefore due by February 20, 2012. Because February 20, 2012, was a court holiday, Plaintiffs' opposition was therefore due by February 21, 2012. *See* Fed. R. Civ. P. 5(a)(1)(C). As of the date of this Order, Plaintiffs have filed neither an opposition nor any other filing that could be construed as a request for a continuance. Plaintiffs' failure to oppose may therefore be deemed consent to the granting of Defendant's Motion. Nevertheless, the Court has carefully considered Defendant's arguments in support of its Motion. For the reasons discussed in Defendant's papers, the Court hereby **GRANTS** Defendant's Motion for Judgment on the Pleadings as to Plaintiffs' First Amended Complaint. The March 12, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

Plaintiffs may file an amended complaint within fourteen (14) days from the date of this Order, provided they can allege in good faith additional facts to support their claims. If Plaintiffs fail to file an amended complaint within fourteen (14) days, the Court will dismiss all claims against Defendant with prejudice.

**IT IS SO ORDERED.**

February 27, 2012

_____
**HON. OTIS D. WRIGHT II**
**UNITED STATES DISTRICT JUDGE**